DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA ZILVETI,** o/b/o Z.Z., a minor,
Appellant,

v.

**RODERICK LYN,** o/b/o K.L., a minor,
Appellee.

No. 4D19-533

[January 2, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Stefanie C. Moon, Judge; L.T. Case No. DVCE-19-000702.

James S. Werter of The Law Office of Paul A. Krasker, P.A., West Palm Beach, for appellant.

Roderick Lyn, Pompano Beach, pro se.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***